381 A.2d 914

Spayd, et al. v. Krassowski, Appellant.

■ Argued September 15, 1977. Eugene F. Wisniewski, with him Wisniewski and Creasy, for appellant; James M. Potter, with him Liever, Hyman & Potter, for appellees.

Order affirmed.